## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**VON WEISE, INC.**<br><br>Debtor | CHAPTER 7<br><br>CASE NO. **09-10186-CSS**<br><br>**Regarding Docket No. 278** |

### ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $105,763.38 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

**Dated: February 23rd, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**